# Court of Appeals
# of the State of Georgia

ATLANTA,___June 28, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0420.  LAMAR RUSSELL JOHNSON v. THE STATE.**

In 2005, a jury convicted Lamar Russell Johnson of multiple offenses, including armed robbery, hijacking a motor vehicle, kidnapping, and false imprisonment.[1]  In June 2016, Johnson filed this application titled "Motion to Vacate Void Judgment" with this Court, in which he seeks to challenge his convictions and his imprisonment as unconstitutional.[2]  From the limited materials submitted in his application, it appears that Johnson has not filed any motion to vacate a void judgment with the trial court, and the trial court has not issued any order on such a motion.

This Court is for the correction of errors, and we will not consider issues on which the trial court has not ruled. *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009).  Given the absence of a trial court order, we have nothing to review. *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).  Accordingly, Johnson's application is hereby DISMISSED.

---

[1] The jury also convicted Johnson of possession of a firearm during the commission of a crime, but this Court reversed that conviction on appeal.  See *Johnson v. State*, 309 Ga. App. 655, 656 (1) (710 SE2d 857) (2011).

[2] Johnson originally filed his application with the Georgia Supreme Court, which transferred the case to this Court after finding it lacked jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____06/28/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*